# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brian Lee Gilbertson

Plaintiff,

Case No. Civil 01-1321 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

United States Postal Service

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that: 1. Plaintiff's Motion to Remand is DENIED; and 2. Defendant's Motion to Dismiss is GRANTED.**

DATE: December 17, 2001

RICHARD D. SLETTEN, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

18